JPML FORM 1A - Continuation                         DOCKET ENTRIES -- p. 1

DOCKET NO. 424 -- IN RE ECUADORIAN OIL CONCESSION LITIGATION

| Date | Ref | Pleading Description |
|---|---|---|
| 80/02/19 | 1 | MOTION, BRIEF, SCHEDULE, CERT. OF SERVICE, EXHIBITS -- Defendants Texaco Inc., Texaco Petrolem Co., Gulf Oil Corp., Ecuadorian Gulf Oil Co. <br> SUGGESTED TRANSFEREE COURT: S.D. FLORIDA or D. DELAWARE <br> SUGGESTED TRANSFEREE JUDGE:                           (cds) |
| 80/02/29 |  | APPEARANCES -- Edward Friedman for Texaco Inc., Texaco Petroleum Co., Gulf Oil Corp., Ecuadorian Gulf Oil Co.; Edward Nathan for Phoenix Canada Oil Co.; Charlie Luckie for Norsul Oil & Mining, Ltd.   (cds) |
| 80/03/06 | 2 | RESPONSE/MEMORANDUM -- Phoenix Canada Oil Co., Ltd. -- w/Exhibits A thru D and cert. of svc.  (emh) |
| 80/03/07 |  | HEARING ORDER -- Setting motion for March 27, 1980 hearing in Washington, D.C.  (cds) |
| 80/03/12 | 3 | RESPONSE/MEMORANDUM -- Norsul Oil & Mining Co. -- w/Exhibits and cert. of service  (emh) |
| 80/03/18 | 4 | CORRECTED EXHIBITS C & D for Pleading No. 1 -- Movants -- w/svc.  (emh) |
| 80/03/20 | 5 | REPLY/MEMORANDUM -- Defts. Texaco Inc., Texaco Petroleum Co Gulf Oil Corp., Ecuadorian Gulf Oil Co. -- w/Exhibits F thru I and cert. of svc.  (emh) |
| 80/03/26 |  | HEARING APPEARANCES: Edward Nathan for Phoenix Canada Oil Co., Ltd.; Claude H. Tison for Norsul Oil & Mining, Ltd. (emh) |
| 80/04/21 | 6 | LETTER, EXHIBITS J AND K, CERT. OF SVC. -- Defts. Texaco, Inc., Texaco Petroleum Co., Gulf Oil Corp. and Ecuadorian Gulf Oil Co.  (ea) |
| 80/04/22 | 7 | LETTER, CERT. OF SVC.--Phoenix Canada Oil Co. (ds) |
| 80/04/24 |  | OPINION AND ORDER -- Denying transfer of the Litigation under 28 U.S.C. §1407. Notified involved judges, clerks, counsel, and publishers. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 424 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE ECUADORIAN OIL CONCESSION LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/27/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/24/80 | O&O (denied) | 487 F Supp 1364 | | | |

Special Transferee Information

DATE CLOSED: 4-24-80

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 424 -- IN RE ECUADORIAN OIL CONCESSION LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Phoenix Canada Oil Company Limited v. Texaco, Inc. et al. | Delaware Schwartz | 76-421 | | | | |
| A-2 | Norsul Oil & Mining Co., Ltd. v. Texaco Inc., et al. | S.D.Fla. Hastings | 76-1629-Civ. | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 424 -- In re Ecuadorian Oil Concession Litigation

PHOENIX CANADA OIL COMPANY (A-1)
Edward Nathan, Esquire
575 Lexington Avenue
New York, New York  10022

NORSUL OIL & MINING CO., LTD. (A-2)
Charlie Luckie, Jr., Esquire
MacFarlane, Ferguson, Allison
  & Kelly
512 Florida Avenue
Tampa, Florida  33601

TEXACO, INC.
TEXACO PETROLEUM COMPANY
GULF OIL CORPORATION
ECUADORIAN GULF OIL COMPANY
Edward A. Friedman, Esq.
Kaye, Scholer, Fierman, Hays
  & Handler
425 Park Avenue
New York, New York  10022

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 424 -- IN RE ~~ECUDORIAN~~ ECUADORIAN OIL CONCESSION LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| TEXACO INC. | A-1  A-2 |
| TEXACO PETROLEUM CO. | A-1  A-2 |
| GULF OIL CORP. | A-1  A-2 |
| ECUADORIAN GULF OIL CO. | A-1  A-2 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |